

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00268-CR

Orlin **VASQUEZ-DIAZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR8526
The Honorable Angus K. McGinty, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED May 28, 2014.

_____
Luz Elena D. Chapa, Justice